UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 15 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TREVOR BAUER, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> THE ATHLETIC MEDIA COMPANY and MOLLY KNIGHT, <br><br> Defendants - Appellants. | No. 23-55107 <br><br> D.C. No. 2:22-cv-02062-MWF-AGR <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** <br><br> **(DIAL-IN CONFERENCE)** |

A dial-in telephone conference will be held on April 12, 2023, at 1:00 p.m.

**Pacific Time.** Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

FOR THE COURT:

Kyungah "Kay" Suk
Circuit Mediator

cl/mediation